## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01777-OES

PHILIP EDWARD STAHL,

     Applicant,

v.

JOE ORTIZ, Executive Director CDOC,
CORRECTION CORPORATION OF AMERICA, (CCA), and
JIM KEITH, Warden, BCCF/CCA,

     Defendants.

```
                              F I L E D
                   UNITED STATES DISTRICT COURT
                         DENVER, COLORADO

                          SEP 22 2005

                    GREGORY C. LANGHAM
                                   CLERK
```

---

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

     Plaintiff's motion filed September 21, 2005, for Court-ordered legal access is DENIED.  Plaintiff continues to have **thirty (30) days from the date of the September 14, 2005, order** in which to cure the designated deficiency in this case.

Dated:  September 22, 2005

---

Copies of this Minute Order mailed on September 22, 2005, to the following:

Philip Stahl
Prisoner No. 115562
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

                               Secretary/Deputy Clerk