IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01777-BNB

PHILIP EDWARD STAHL,

    Applicant,

v.

JOE ORTIZ, Executive Director CDOC,
CORRECTION CORPORATION OF AMERICA, (CCA), and
JIM KEITH, Warden, BCCF/CCA,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
JAN 30 2006
GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on three motions submitted by Plaintiff and filed by the Court on January 27, 2006. Plaintiff's motion for enlargement of time in which to respond to the December 29, 2005, order to show cause is GRANTED. Plaintiff will be allowed **thirty (30) days from the date of this order** in which to respond to the show-cause order. The motions for Court-ordered legal access for more than twenty hours a week and for loan of the record in this case are DENIED. Plaintiff is advised that he should not submit to the Court any documents he may want returned to him in the future because the Court's electronic filing system does not allow the Court to maintain paper copies.

Dated: January 30, 2006

Copies of this Minute Order mailed on January 30, 2006, to the following:

Philip Stahl
Prisoner No. 115562
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

                                              Secretary/Deputy Clerk