IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 6 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01777-BNB

PHILIP EDWARD STAHL,

    Applicant,

v.

JOE ORTIZ, Executive Director CDOC,
CORRECTION CORPORATION OF AMERICA, (CCA), and
JIM KEITH, Warden, BCCF/CCA,

    Defendants.

## ORDER OVERRULING OBJECTION

On February 15, 2006, Plaintiff Philip Edward Stahl submitted *pro se* and the Court filed a third motion for Court-ordered legal access for more than twenty hours a week. Mr. Stahl objects to the September 22, 2005, and January 30, 2006, denials by Magistrate Judges O. Edward Schlatter and Boyd N. Boland respectively of his two prior motions. The Court will construe the third motion liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) (Supp. 2005). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. After reviewing the entire file, the Court concludes that the minute orders entered on September 22, 2005, and on January 30, 2006, by Magistrate Judges Schlatter and Boland respectively in

this action are not clearly erroneous or contrary to law.

In a letter to the Court attached to his motion for Court-ordered legal access, Mr. Stahl also asks for copies of his filed-stamped habeas corpus application filed in the instant action and a copy of the docket report for *Stahl v. No Named Defendant*, No. 02-cv-01820-ZLW (D. Colo. Nov. 4, 2002), in which he apparently attacks a state conviction in 02-CR-2238. In a January 30, 2006, minute order Magistrate Judge Boland informed Mr. Stahl, in response to his request for the loan of the record in this action, that he should not submit to the Court any documents he may want returned to him in the future because the Court's electronic filing system does not allow the Court to maintain paper copies. Now Plaintiff asks for copies of documents filed in this and in a prior case. The clerk of the Court will be directed to mail to Plaintiff, together with a copy of this order, copies of the habeas corpus application filed in this case and of the docket report for No. 02-cv-01820-ZLW. In the future, Plaintiff may obtain copies of the electronic documents filed in an action at a cost of fifty cents per page, to be paid in advance. Accordingly, it is

ORDERED that the motion Plaintiff Philip Edward Stahl submitted *pro se* and the Court filed on February 15, 2006, in which he asks a third time for Court-ordered legal access for more than twenty hours a week, and which the Court has construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), is overruled. It is

FURTHER ORDERED the clerk of the Court is directed to mail to Plaintiff, together with a copy of this order, copies of the habeas corpus application filed in this case and of the docket report for *Stahl v. No Named Defendant*, No. 02-cv-01820-

ZLW (D. Colo. Nov. 4, 2002).

DATED at Denver, Colorado, this ___3___ day of ___Mar.___, 2006.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01777-BNB

Philip E. Stahl
Prisoner No. 115562
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER and a copy of the Habeas Corpus Application filed on 11/14/05 and a copy of the docket report from case no. 02-cv-01820-ZLW** to the above-named individuals on  3-6-06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk