IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01777-BNB

PHILIP EDWARD STAHL,

       Applicant,

v.

JOE ORTIZ, Executive Director CDOC,
CORRECTION CORPORATION OF AMERICA, (CCA), and
JIM KEITH, Warden, BCCF/CCA,

       Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Applicant has filed a Notice of Appeal as to U.S.C. 28, Section 2254. Applicant is appealing to the United States Court of Appeals for the Tenth Circuit from the Order Denying Plaintiff's Motion for Court-Ordered Legal Access which Court has construed as an Objection filed Pursuant to 28 U.S.C. § 636(b)(1)(A) filed on March 6, 2006. No final order has been entered in this action.

Pursuant to 28 U.S.C. § 2253(c)(1)(A), a certificate of appealability is necessary to appeal from the final order in a habeas corpus proceeding pursuant to 28 U.S.C. § 2254. The Court will not issue a certificate of appealability in this action because no final order has been entered. Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

DATED at Denver, Colorado this  11  day of  April , 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court