IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01777-BNB

PHILIP EDWARD STAHL,

    Applicant,

v.

JOE ORTIZ, Executive Director CDOC,
CORRECTION CORPORATION OF AMERICA, (CCA), and
JIM KEITH, Warden, BCCF/CCA,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2006

GREGORY C. LANGHAM
CLERK

## ORDER OVERRULING OBJECTION

On April 12, 2006, Applicant Philip Edward Stahl submitted *pro se* and the Court filed a motion titled "Motion for Clarification and Objection." In the motion, Mr. Stahl objects to the April 6, 2006, minute order entered by Magistrate Judge Boyd N. Boland granting his third motion for enlargement of time and informing Applicant that this is the final extension of time he will be granted in this action. Mr. Stahl also objects to the issuance of the minute order while his appeal is pending from the Court's March 6, 2006, order overruling his prior objection. He further objects to a magistrate judge making any further rulings in this action.

The Court will construe the motion and objection liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A) (Supp. 2005). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter

designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. After reviewing the entire file, the Court concludes that the minute order entered on April 6, 2006, by Magistrate Judge Boland in this action is not clearly erroneous or contrary to law. The Court had jurisdiction to enter the minute order because Mr. Stahl is appealing from a nonfinal order. Moreover, Magistrate Judge Boland has statutory authority to make any necessary pretrial rulings in this action. Accordingly, it is

ORDERED that the motion titled "Motion for Clarification and Objection" that Applicant Philip Edward Stahl submitted *pro se* and the Court filed on April 12, 2006, and which the Court has construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), is overruled.

DATED at Denver, Colorado, this 20 day of April, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01777-BNB

Philip E. Stahl
Prisoner No. 115562
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/20/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk