IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01777-BNB

PHILIP EDWARD STAHL,

    Applicant,

v.

JOE ORTIZ, Executive Director CDOC,
CORRECTION CORPORATION OF AMERICA, (CCA), and
JIM KEITH, Warden, BCCF/CCA,

    Respondents.

ORDER DENYING MOTION FOR STAY AND EXTENSION OF TIME

Applicant Philip Edward Stahl has submitted *pro se* a motion for stay filed with the Court on April 28, 2006. In the motion, Mr. Stahl requests a stay and an extension of time in which to respond to the December 29, 2005, order to show cause. For the reasons stated below, the motion will be denied.

Mr. Stahl has yet to file a habeas corpus application in this action. On September 14, 2005, he was ordered to cure this deficiency within thirty days. Instead, on September 21, 2005, he submitted a request for a register of actions in his state case, which he maintained was essential to his ability to pursue the instant action.

A federal habeas corpus lawsuit is not a fishing expedition. Mr. Stahl must know the claims he seeks to raise when he initiates a habeas corpus action, not determine those claims while the lawsuit is pending. This Court has been generous in granting Mr. Stahl thirty-day extensions of time on January 30, 2006; on March 7, 2006; and on

April 6, 2006. The April 6 minute order noted that it would be the final extension of time Mr. Stahl would be granted in this action. Accordingly, it is

ORDERED that the motion for stay and an extension of time that Applicant Philip Edward Stahl submitted *pro se* and the Court filed on April 28, 2006, is denied. It is

FURTHER ORDERED that Mr. Stahl continues to have thirty days from the April 6, 2006, minute order in which to respond to the December 29, 2006, show-cause order.

DATED May 2, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01777-BNB

Philip E. Stahl
Prisoner No. 115562
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5-2-06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk