IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01777-BNB

PHILIP E. STAHL,

       Applicant,

v.

JOE ORTIZ, Executive Director CDOC,
CORRECTION CORPORATION OF AMERICA, (CCA), and
JIM KEITH, Warden, BCCF/CCA,

       Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

    Applicant has filed a Notice of Appeal as to U.S.C. 28, Section 2254.  Applicant is appealing to the United States Court of Appeals for the Tenth Circuit from the Order denying Applicant's Motion to Stay and denying Applicant's Motion for Extension of Time filed on May 2, 2006.  No final order has been entered in this action.

    Pursuant to 28 U.S.C. § 2253(c)(1)(A), a certificate of appealability is necessary to appeal from the final order in a habeas corpus proceeding pursuant to 28 U.S.C. § 2254.  The Court will not issue a certificate of appealability in this action because no final order has been entered.  Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this   15   day of   May   2006.

                                BY THE COURT:

                                *s/ Zita L. Weinshienk*
                                ZITA L. WEINSHIENK, Senior Judge
                                United States District Court